LORINDA I. LARYEA
Chief
Fraud Section, Criminal Division
United States Department of Justice

MATTHEW REILLY
JENNIFER BILINKAS
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: (202) 320-8523
E-mail: Matthew.Reilly2@usdoj.gov
Jennifer.Bilinkas@usdoj.gov

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
AISLINN AFFINITO
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Margaret.Nammar@usdoj.gov
Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: PUBLIC FIRST LAW CENTER,<br><br>Movant. | Case No. MC26-00250-JMS-KJM<br>[CR22-00093-02-JMS]<br><br>UNITED STATES OF AMERICA'S MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES OF AMERICA'S OPPOSITION TO MOTION TO UNSEAL SENTENCING RECORDS [DKT. 264, 335, 336] (ECF NO. 1) AND EXHIBIT A; PROPSED ORDER; CERTIFICATE OF SERVICE |

UNITED STATES OF AMERICA'S MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES OF AMERICA'S OPPOSITION TO MOTION TO UNSEAL SENTENCING RECORDS [DKT. 264, 335, 336] (ECF NO. 1) AND EXHIBIT A

The United States of America, by and through undersigned counsel, as an interested party respectfully moves the Court for an order permitting the filing under seal and *ex parte* of its opposition ("Opposition") to movant Public First Law Center's motion to unseal (ECF No. 1).

The government's Opposition refers to and extensively discusses sealed filings, including but not limited to, the Government's Sealed Motion at Dkt. 264 (hereinafter "Sealed Motion 264") filed in *United States v. Jamey Denise Jackson*, Case No. CR22-00093-02-JMS (D. Haw.), which is one of the subjects of Public First Law Center's motion to unseal. Exhibit A to the Opposition is a proposed redacted version of the Government's Sealed Sentencing Memorandum at ECF No. 335 (hereinafter "Sentencing Memorandum") filed in *United States v. Jamey Denise Jackson*, Case No. CR22-00093-02-JMS (D. Haw.).

Accordingly, the United States seeks leave to file a redacted public version of its Opposition, which redacts content that would disclose the nature and substance of Sealed Motion 264 and Sentencing Memorandum, or other sealed

//

//

//

//

filings and confidential, sensitive, and non-public information (such as Presentence Investigation Reports), and file an unredacted version under seal and *ex parte*.

DATED: August 12, 2026, at Honolulu, Hawaii.

Respectfully Submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By: */s/ Margaret C. Nammar*
MARGARET C. NAMMAR
AISLINN K. AFFINITO
Assistant U.S. Attorneys

LORINDA I. LARYEA
Chief
Fraud Section, Criminal Division
U.S. Department of Justice

By: */s/ Matthew Reilly*
MATTHEW REILLY
JENNIFER BILINKAS
Trial Attorneys