# EXHIBIT A

*Filed Under Seal*