# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** HAWAII

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 26-mc-250-JMS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/08/2026

Date of judgment or order you are appealing: 09/16/2026

Docket entry number of judgment or order you are appealing: 20

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ◉ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List* ***each*** *party filing the appeal. Do not use "et al." or other abbreviations.)*

Jamey Denise Jackson

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Benjamin Lowenthal **Date** Sep 22, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jamey Denise Jackson

Name(s) of counsel (if any):

Benjamin E. Lowenthal

Address: 1001 Bishop Street, Suite 2210, Honolulu, HI 96813

Telephone number(s): (808) 766-8247

Email(s): benjamin@bellawyer.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Public First Law Center

Name(s) of counsel (if any):

Robert Brian Black, Benjamin M. Creps, & Devi Diana Stone Chung

Address: 700 Bishop Street, Suite 1701, Honolulu, Hawaii 96813

Telephone number(s): (808) 531-4000

Email(s): brian@publicfirstlaw.org, ben@publicfirstlaw.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ◯ Yes ◯ No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*